FILED: September 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1735
(5:21-cv-00064-TTC-JCH)

_____

KAREN IOVINO

        Plaintiff - Appellant

v.

MICHAEL STAPLETON ASSOCIATES, LTD, d/b/a MSA Security, Inc.

        Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk