FILED: April 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1735
(5:21-cv-00064-TTC-JCH)

---

KAREN IOVINO

Plaintiff - Appellant

v.

MICHAEL STAPLETON ASSOCIATES, LTD, d/b/a MSA Security, Inc.

Defendant - Appellee

---

O R D E R

---

Upon consideration of the submissions relative to appellee's motion to dismiss for lack of jurisdiction, the court grants the motion and dismisses this appeal for lack of jurisdiction.

Entered at the direction of Judge Berner with the concurrence of Judge Quattlebaum and Judge Benjamin.

For the Court

/s/ Nwamaka Anowi, Clerk